THE STATE OF OHIO, APPELLANT, *v.* JONES, APPELLEE.

[Cite as *State v. Jones* (2000), 89 Ohio St.3d 519.]

(No. 99–1881—Submitted July 25, 2000—Decided August 3, 2000.)

*William D. Mason,* Cuyahoga County Prosecuting Attorney, and *Lisa Reitz Williamson,* Assistant Prosecuting Attorney, for appellant.

*David H. Bodiker,* Ohio Public Defender, and *Alison M. Clark,* Assistant State Public Defender; and *Lawrence Cook,* for appellee.

The judgment of the court of appeals is reversed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103, the cause is remanded for judgment consistent with *Woods,* and the trial court's denial of appellee's motion to terminate his post-release control is reinstated.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK, J., not participating.